Gerard F. Dunne
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue
Suite 1223
New York, NY 10010-2007
(212) 645-2410



Attorney for the Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNIQUE INDUSTRIES, INC.,
    a corporation of Pennsylvania

               Plaintiff,

      -against-

SUI & SONS INT'L TRADING CORP.,
    a corporation of Canada

             Defendant.

------------------------------------------------------------x

Civil Action No.:

05 CV 2744

**JUDGE KARAS**

## COMPLAINT

Plaintiff for its Complaint against the Defendant respectfully alleges as follows:

### THE PARTIES

1.    Plaintiff, Unique Industries, Inc. (hereinafter "Unique") is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania and has a principal place of business at 2400 S. Weccacoe Avenue, Philadelphia, PA 19148.

2.    Upon information and belief, the Defendant Sui & Sons Int'l Trading Corp. (hereinafter "Sui & Sons") is a corporation formed under the laws of Canada and has its principal place of business at #160-6391 Westminster Hwy, Richmond, British Columbia, Canada V7C 4V4.

3.    Plaintiff Unique is informed and believes and on that basis alleges, that Defendant Sui & Sons has transacted business in the State of New York by offering for sale and selling within this Judicial District by interactive internet sites and direct sales products infringing the rights of Plaintiff Unique asserted herein.

## JURISDICTION AND VENUE

4.    The first and second claims herein arise under the Copyright Laws of the United States, 17 U.S.C. § 101 *et seq.*, and jurisdiction is conferred by virtue of 28 U.S.C. §§ 1331(a) and 1338(a). The first and second claims also arise under the international copyright laws including the Universal Copyright Convention and The Berne Convention, and the copyright laws of Canada, including the Canadian Copyright Act (R.S.C., c. C-42). The plaintiff Unique is a citizen of the Commonwealth of Pennsylvania and defendant Sui & Sons is a citizen of British Columbia, Canada; and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Diversity jurisdiction pursuant to 28 U.S.C. §1332 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367 exist for the claims arising under Canadian and international copyright law.

2

5.    The third claim herein is for infringement of Unique's patent rights under the Patent Laws of the United States, 35 U.S.C. § 271, and jurisdiction is conferred by virtue of 28 U.S.C. §§ 1331(a) and 1338(a).

6.    Venue is founded upon U.S.C. § 1391(b) and (c) and § 1400(a) and (b).

## COUNT I: VIOLATION OF FEDERAL AND INTERNATIONAL COPYRIGHT LAW

7.    Unique hereby charges Defendant Sui & Sons with copyright infringement in violation of The Copyright Act of 1976, the applicable international conventions including the Universal Copyright Convention and The Berne Convention, and the laws of Canada, including the Canadian Copyright Act (R.S.C., c. C-42).

8.    Unique markets throughout the United States, Canada, Europe and elsewhere supplies for use at parties and other social events. In particular, Unique markets such items as piñatas, balloons, balloon weights, wrapping paper and other paper goods for use at parties. The party supplies of Unique are provided with licensed designs or various designs created specifically for the products marketed by Unique. The designs created by or for Unique are copyrighted under the laws of the United States, Canada and under international law including the various copyright conventions and treaties the United States is a party to, as the Universal Copyright Convention and The Berne Convention.

9.    The copyrighted designs of Unique are registered in the United States Copyright Office, or applications for such registrations are pending, and Unique has complied with all requirements for the protection internationally of its copyrighted designs.

3

The designs of Unique set forth below are copyrighted internationally and under the laws of the United States and Canada.

10. Attached hereto as Exhibit A is a true and correct copy of the Certificate of Registration VA 939-402 for the *Stegosaurus Piñata* item no. 6753 created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

11. Attached hereto as Exhibit B is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its blue dinosaur piñata item no. 3 1010 offered for sale by Defendant Sui & Sons in the United States and internationally.

12. The copyright for the *Stegosaurus Piñata* item no. 6753 created by Unique as evidenced by the Certificate of Copyright Registration VA 939-402 is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the *Stegosaurus Piñata*.

13. The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the *Stegosaurus Piñata* item no. 6753 into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright of Unique by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein piñatas bearing the copyrighted three-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted *Stegosaurus Piñata* item no. 6753.

14.    Attached hereto as Exhibit C is a true and correct copy of the Certificate of Registration VA 944-310 for the *Butterfly Piñata* item no. 6718 created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

15.    Exhibit B from the 2005 catalog of Defendant Sui & Sons illustrates its butterfly piñata item no. 31012 offered for sale by Defendant Sui & Sons in the United States and internationally.

16.    The copyright for the *Butterfly Piñata* item no. 6718 created by Unique as evidenced by its Certificate of Copyright Registration therefor is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the *Butterfly Piñata.*

17.    The plaintiff Unique believes, and therefore avers, that subsequent to the introduction of the *Butterfly Piñata* item no. 6718 by Unique into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright of Unique by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein piñatas bearing the copyrighted three-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted *Butterfly Piñata* item no. 6718.

18.    Attached hereto as Exhibit D is a true and correct copy of the Certificate of Registration VA 944-309 for the *Inchworm Piñata* item no. 6717 created by Unique, with

5

a true and correct copy of the deposit filed with the application for such copyright registration.

19.    Exhibit B from the 2005 catalog of Defendant Sui & Sons illustrates its inchworm piñata item no. 31012 offered for sale by Defendant Sui & Sons in the United States and internationally.

20.  The copyright for the *Inchworm Piñata* item no. 6717 created by Unique as evidenced by its Certificate of Copyright Registration therefor is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the *Inchworm Piñata.*

21.    The plaintiff Unique believes, and therefore avers, that subsequent to the introduction of *Inchworm Piñata* item no. 6717 by Unique into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright of Unique by producing, or causing to be produced, importing into the United States  and Canada as well as marketing therein piñatas bearing the copyrighted three-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted *Inchworm Piñata* item no. 6717.

22.  Attached hereto as Exhibit E is a true and correct copy of the Certificate of Registration VA 939-380 for the *Sun Piñata* item no. 6723 created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

23. Attached hereto as Exhibit F is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its sun piñata item no. 31013 offered for sale by Defendant Sui & Sons in the United States and internationally.

24. The copyright for the *Sun Piñata* item no. 6723 created by Unique as evidenced by the Certificate of Copyright Registration therefor is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the *Sun Piñata*.

25. The plaintiff Unique believes, and therefore avers, that subsequent to the introduction of the *Sun Piñata* item no. 6723 by Unique into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyrights of Unique in its copyright by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein piñatas bearing the copyrighted three-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted *Sun Piñata* item no. 6723.

26. Attached hereto as Exhibit G is a true and correct copy of the Certificate of Registration VA 939-381 for the *Celestial Star Piñata* item no. 6722 created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

27. Exhibit F from the 2005 catalog of Defendant Sui & Sons illustrates its star piñata item no. 31013 offered for sale by Defendant Sui & Sons in the United States and internationally.

7

28. The copyright for the *Celestial Star Piñata* item no. 6722 created by Unique as evidenced by the Certificate of Copyright Registration therefor is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the *Celestial Star Piñata*.

29. The plaintiff Unique believes, and therefore avers, that subsequent to the introduction of the *Celestial Star Piñata* item no. 6722 by Unique into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyrights of Unique in its copyright by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein piñatas bearing the copyrighted three-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted *Celestial Star Piñata* item no. 6722.

30. Attached hereto as Exhibit H is a true and correct copy of the Certificate of Registration VA 1-156-760 for the *Tiki Piñata* item no. 66107 created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

31. Exhibit F from the 2005 catalog of Defendant Sui & Sons illustrates its Totem piñata item no. 31014 offered for sale by Defendant Sui & Sons in the United States and internationally.

32. The copyright for the *Tiki Piñata* item no. 66107 created by Unique as evidenced by the Certificate of Copyright Registration therefor is in full force and effect; and Unique

has complied with all requirements of the copyright pertaining to the *Tiki Piñata* item no. 66107.

33.    The plaintiff Unique believes, and therefore avers, that subsequent to the introduction of the *Tiki Piñata* item no. 66107 by Unique into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyrights of Unique in its copyright by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein piñatas bearing the copyrighted three-dimensional artwork and labels that had been copied directly from and is substantially similar in appearance to the copyrighted *Tiki Piñata* item no. 66107.

34.    Attached hereto as Exhibit I is a true and correct copy of the Certificate of Registration VA 941-351 for the *Treasure Chest Piñata* item no. 6763 created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

35.    Exhibit F from the 2005 catalog of Defendant Sui & Sons illustrates its treasure chest piñata item no. 31014 offered for sale by Defendant Sui & Sons in the United States and internationally.

36.    The copyright for the *Treasure Chest Piñata* item no. 6763 created by Unique as evidenced by the Certificate of Copyright Registration therefor is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the *Treasure Chest Piñata* item no. 6763.

9

37.   The plaintiff Unique believes, and therefore avers, that subsequent to the introduction of the *Treasure Chest Piñata* item no. 6763 by Unique into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyrights of Unique in its copyright by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein piñatas bearing the copyrighted three-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted *Treasure Chest Piñata* item no. 6763.

38.   Attached hereto as Exhibit J is a true and correct copy of the Certificate of Registration VA 1-156-745 for the *Birthday Tissue Sheets* item no. 61002 created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

39.   Attached hereto as Exhibit K is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Happy Birthday with Star printed tissue gift wraps item no. 57105 offered for sale by Defendant Sui & Sons in the United States and internationally.

40.   The copyright for the *Birthday Tissue Sheets* item no. 61002 created by Unique as evidenced by the Certificate of Copyright Registration therefore is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the *Birthday Tissue Sheets*.

41.   The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the *Birthday Tissue Sheets* item no. 61002 into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyrights of Unique in its copyright by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein tissue sheets for gift wrapping bearing the copyrighted artwork that had been copied directly from and is substantially similar in appearance to the copyrighted *Birthday Tissue Sheets* item no. 61002.

42.   Attached hereto as Exhibit L is a true and correct copy of the Certificate of Registration VA 772-740 for the two-dimensional artwork entitled *# 5308 Baby Shower* created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

43.   Unique uses the two-dimensional artwork entitled *# 5308 Baby Shower* on pastel-colored party balloons, and attached hereto as Exhibit M is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Baby Shower pink/baby blue party balloons item no. 41027 offered for sale by Defendant Sui & Sons in the United States and internationally.

44.   The copyright for the two-dimensional artwork entitled *# 5308 Baby Shower* created by Unique as evidenced by the Certificate of Copyright Registration is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the the two-dimensional artwork entitled *# 5308 Baby Shower*.

11

45.    The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the two-dimensional artwork entitled *#5308 Baby Shower* into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright of Unique by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein party balloons bearing the copyrighted two-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted the two-dimensional artwork entitled *# 5308 Baby Shower*.

46.    Attached hereto as Exhibit N is a true and correct copy of the Certificate of Registration VA 781-677 for the two-dimensional artwork entitled *# 5405 Over The Hill* created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

47.    Unique uses the two-dimensional artwork entitled *# 5405 Over The Hill* on party balloons, and attached hereto as Exhibit M is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Over The Hill party balloons item no. 41022 offered for sale by Defendant Sui & Sons in the United States and internationally.

48.    The copyright for the two-dimensional artwork entitled *# 5405 Over The Hill* created by Unique as evidenced by the Certificate of Copyright Registration is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the the two-dimensional artwork entitled *# 5405 Over The Hill*.

49.    The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the two-dimensional artwork entitled # *5405 Over The Hill* into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright of Unique by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein party balloons bearing the copyrighted two-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted the two-dimensional artwork entitled # *5405 Over The Hill.*

50.    Attached hereto as Exhibit O is a true and correct copy of the Certificate of Registration VA 772-735 for the two-dimensional artwork entitled # *5360 Surprise!* created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

51.    Unique uses the two-dimensional artwork entitled # *5360 Surprise!* on party balloons, and attached hereto as Exhibit M is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Surprise party balloons item no. 41026 offered for sale by Defendant Sui & Sons in the United States and internationally.

52. The copyright for the two-dimensional artwork entitled # *5360 Surprise!* created by Unique as evidenced by the Certificate of Copyright Registration is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the the two-dimensional artwork entitled # *5360 Surprise!.*

13

53.   The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the two-dimensional artwork entitled *# 5360 Surprise!* into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright of Unique by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein party balloons bearing the copyrighted two-dimensional artwork that has been copied directly from and is substantially similar in appearance to the copyrighted the two-dimensional artwork entitled *# 5360 Surprise!*.

54.   Attached hereto as Exhibit P is a true and correct copy of the Certificate of Registration VA 766-265 for the two-dimensional artwork entitled *# 5420 Wedding Bells* created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

55.   Unique uses the two-dimensional artwork entitled *# 5420 Wedding Bells* on party balloons, and attached hereto as Exhibit M is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Wedding Bell party balloons item no. 41023 offered for sale by Defendant Sui & Sons in the United States and internationally.

56. The copyright for the two-dimensional artwork entitled *# 5420 Wedding Bells* created by Unique as evidenced by the Certificate of Copyright Registration is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the the two-dimensional artwork entitled *# 5420 Wedding Bells*.

14

57.    The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the two-dimensional artwork entitled *# 5420 Wedding Bells* into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright of Unique by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein party balloons bearing the copyrighted two-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted the two-dimensional artwork entitled *# 5420 Wedding Bells*.

58.    Attached hereto as Exhibit Q is a true and correct copy of the application filed on behalf of Unique to obtain a Certificate of Registration for the two-dimensional artwork entitled *Get Well Soon Growing Flowers # 53596* created by Unique, with a true and correct copy of the deposit filed with the application for such copyright registration.

59.    Unique uses the two-dimensional artwork entitled *Get Well Soon Growing Flowers # 53596* on party balloons, and attached hereto as Exhibit M is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Get Well Soon party balloons item no. 41025 offered for sale by Defendant Sui & Sons in the United States and internationally.

60.    The copyright for the two-dimensional artwork entitled *Get Well Soon Growing Flowers # 53596* created by Unique is in full force and effect; and Unique has complied with all requirements of the copyright pertaining to the  the two-dimensional artwork entitled *Get Well Soon Growing Flowers # 53596*.

61.    The plaintiff Unique believes, and therefore avers, that subsequent to the
introduction by Unique of the two-dimensional artwork entitled *Get Well Soon Growing
Flowers #53596* into the market of the United States and Canada, the Defendant Sui & Sons
infringed upon the copyright of Unique by producing, or causing to be produced, importing
into the United States and Canada as well as marketing therein party balloons bearing the
copyrighted two-dimensional artwork that had been copied directly from and is substantially
similar in appearance to the copyrighted the two-dimensional artwork entitled *Get Well Soon
Growing Flowers #53596*.

62.    Attached hereto as Exhibit R is a true and correct copy of the application filed
on behalf of Studio 2 of Wyckoff, New Jersey to obtain a Certificate of Registration for the
two-dimensional artwork entitled *Wedding Bells Pattern* created by Studio 2 and licensed
exclusively to Unique, with a true and correct copy of the deposit filed with the application
for such copyright registration.

63.    Unique uses the two-dimensional artwork entitled *Wedding Bells Pattern* on
printed tissue sheets used as gift wrap, and attached hereto as Exhibit K is a true and correct
copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Wedding Bells
tissue gift wraps item no. 56031 offered for sale by Defendant Sui & Sons in the United
States and internationally.

64. The copyright for the two-dimensional artwork entitled *Wedding Bells Pattern*
licensed exclusively to Unique is in full force and effect; and Studio 2 upon information and

16

belief has complied with all requirements of the copyright pertaining to the the two-dimensional artwork entitled *Wedding Bells Pattern*.

65.    The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the two-dimensional artwork entitled *Wedding Bells Pattern* into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein gift wrap bearing the copyrighted two-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted the two-dimensional artwork entitled *Wedding Bells Pattern*.

66.    Attached hereto as Exhibit S is a true and correct copy of the application filed by Unique to obtain a Certificate of Registration for its derivative of the *Wedding Bells Pattern* entitled *Wedding Bells Gift Wrap #4307*, with a true and correct copy of the deposit filed with the application for such copyright registration.

67.    Unique uses the two-dimensional artwork entitled *Wedding Bells Gift Wrap # 4307* on printed tissue sheets used asa gift wrap, and attached hereto as Exhibit K is a true and correct copy of a page from the 2005 catalog of Defendant Sui & Sons illustrating its Wedding Bells tissue gift wraps item no. 56031offered for sale by Defendant Sui & Sons in the United States and internationally.

68. The copyright for the two-dimensional artwork entitled *Wedding Bells Gift Wrap # 4307* of Unique is in full force and effect; and Unique has complied with all requirements

17

of the copyright pertaining to the  the two-dimensional artwork entitled *Wedding Bells Gift Wrap # 4307.*

69.  The plaintiff Unique believes, and therefore avers, that subsequent to the introduction by Unique of the two-dimensional artwork entitled *Wedding Bells Gift Wrap # 4307* into the market of the United States and Canada, the Defendant Sui & Sons infringed upon the copyright by producing, or causing to be produced, importing into the United States and Canada as well as marketing therein gift wrap bearing the copyrighted two-dimensional artwork that had been copied directly from and is substantially similar in appearance to the copyrighted the two-dimensional artwork entitled *Wedding Bells Gift Wrap # 4307.*

70.  As a result of such actions, Sui & Sons has induced the infringement of the copyrights noted above by others, including retailers throughout the world who purchased the infringing Sui & Sons products.

71.  The plaintiff Unique believes and therefore avers that the aforesaid infringement and inducement thereof by Sui & Sons of the exclusive rights of Unique in the copyrighted subject matter noted above was, and continues to be, with the knowledge that the artwork copied from Unique products are copyrighted and that Sui & Sons, in doing or authorizing such acts, has infringed the rights of Unique under the international and Canadian copyright laws, and the copyright laws of the United States, Title 17 U.S.C. § 101 *et seq.* deliberately and wilfully.

18

72. The acts noted above of Sui & Sons are unauthorized by Unique or any of its agents, and such unlawful acts of Sui & Sons have enabled it and others to trade unlawfully upon the creative efforts of the Plaintiff Unique and its licensor. Sui & Sons has, consequently, unjustly enriched itself, and allowed and induced its customers to unjustly enrich themselves all at the expense and to the damage and injury to the Plaintiff Unique.

73. Upon information and belief, unless enjoined by this court, the Defendant Sui & Sons, will further impair if not destroy the value of the copyrights and the goodwill associated therewith that are owned by or licensed to the Plaintiff Unique.

74. Upon information and belief, Unique avers that as a result of the foregoing, Unique risks substantial loss of revenues and has sustained irreparable damage as the result of the willful and wrongful conduct of the Defendant Sui & Sons.

75.    Upon information and belief, Unique avers that as a result of the foregoing, Unique risks substantial loss of revenues and has sustain irreparable damage as the result of the willful and wrongful conduct of the defendant; and has seen the value of its exclusive copyrighted subject matter unlawfully diminished.

## COUNT II: INDUCEMENT TO INFRINGE COPYRIGHT

76.    As a second and complete ground for relief, plaintiff Unique hereby charges the defendant Sui & Sons with inducement of others to infringe valid international copyrights of plaintiff Unique and hereby realleges the allegation of paragraphs 1 through 75 as though fully set forth herein.

19

77.    By the activities noted above, the defendant Sui & Sons has induced others around the world to infringe the international copyrights of plaintiff Unique set forth herein by inducing others to market products having unauthorized copies of the Unique designs and such inducement was done willfully, knowingly, and maliciously.

78.    As a result of the inducement by the defendant of others including retailers of products bearing the artwork infringing the international copyrights of plaintiff Unique as set forth herein, such others including retailers have profited wrongfully and to the injury of plaintiff Unique.

## COUNT III: INFRINGEMENT OF UNITED STATES PATENTS

.    79.    As a third and complete ground for relief, plaintiff Unique hereby charges the defendant Sui & Sons with infringement of patent rights and inducement of others to infringe patent rights of plaintiff Unique and hereby realleges the allegation of paragraphs 1 through 6 as though fully set forth herein.

80.    Plaintiff Unique develops and markets within this judicial district and throughout the United States supplies for use at parties. Among the products developed by Unique for use at parties are balloon weights for holding one or more buoyant party balloons in a desired position on a tabletop or the like.

81.    On February 25, 2003 the United States Patent and Trademark Office duly issued United States Patent No. 6,523,798 to Unique (the " '798 patent") for a decorative balloon holder. A true and correct copy of the '798 patent is attached hereto as Exhibit T.

20

82.    Plaintiff is informed and believes, and therefore avers that subsequent to the issuance of the '798 patent the defendant Sui & Sons has infringed upon the '798 patent by, inter alia, offering for sale and selling through the internet and trade shows in the United States decorative balloon weights infringing the '798 patent, without the permission or authorization of Unique, and has induced others to infringe said patent by the sale to them of infringing products.

83.    Defendant Sui & Sons, upon information and belief, has continued to commit its acts of offering for sale through the internet and trade shows in the United States decorative balloon weights infringing the '798 patent with knowledge of the '798 patent. Such infringement is, therefore, wilful, knowing and deliberate.

84.    On February 10, 2004 the United States Patent and Trademark Office duly issued United States Patent No. 6,688,939 to Unique (the " '939 patent") for a decorative balloon holder. A true and correct copy of the '939 patent is attached hereto as Exhibit U.

85.    Plaintiff is informed and believes, and therefore avers that subsequent to the issuance of the '939 patent the defendant Sui & Sons has infringed upon the '939 patent by, inter alia, offering for sale and selling through the internet and trade shows in the United States decorative balloon weights infringing the '939 patent, without the permission or authorization of Unique, and has induced others to infringe said patent by the sale to them of infringing products.

21

86. Defendant Sui & Sons, upon information and belief, has continued to committ its acts of offering for sale through the internet and trade shows in the United States decorative balloon weights infringing the '939 patent with knowledge of the '939 patent. Such infringement is, therefore, wilful, knowing and deliberate.

87. Plaintiff Unique has suffered substantial damages as a result of the activities of the defendant Sui & Sons; and such damages are irreparable and are likely to continue unless enjoined by this court.

WHEREFORE, Plaintiff prays:

A. that the defendant Sui & Sons and its agents, servants, employees and attorneys as well as those persons in active concert or participation therewith be temporarily, preliminarily and permanently enjoined and restrained from manufacturing, having manufactured, importing, offering for sale, selling, advertising or promoting or distributing any products incorporating the copyrighted subject matter set forth in this action; and

B. further, that defendant be ordered:

(i) to deliver up for destruction all of the merchandise in its possession or control which incorporates any of the copyrighted designs of products marketed by Unique, as well as all means for producing, advertising or promoting such infringing merchandise;

(ii) to make diligent efforts to recall all of the materials set forth in paragraph (B)(i) already distributed; and

22

(iii) to file with this court and serve on plaintiff ten (10) days after the date of the injunction a report in writing and under oath setting forth in detail the matter or form in which defendant has complied fully with the injunction;

            C.     that an accounting and judgment be rendered against the defendant for:

           a)     all profits received by the defendant from the sale of products infringing the copyrights asserted in this matter as provided by 17 U.S.C. § 504(b) and applicable international law and the laws of Canada;

(ii) all profits received by the customers of defendant for the induced infringement from the resale of products infringing the copyrights asserted in this matter as provided by 17 U.S.C. § 504(b)and international law and the laws of Canada;

(iii)    all damages sustained by Unique as a result of the copyright infringement of the defendant as provided by 17 U.S.C. § 504(b)and international law and the laws of Canada;

(iv) in the event Unique so elects, statutory damages in the amount of $150,000 as authorized by 17 U.S.C. § 504(c)(2) against the defendant for each copyright infringed and for each style of product infringing such copyright;

(v) in the event Unique so elects, statutory damages in the amount of $150,000 as authorized by 17 U.S.C. § 504(c)(2) against defendant for the infringement induced for each of its customers;

23

D. That Unique have and receive its costs in this action, including an award of its reasonable attorney's fees with interest from the date of the filing of this complaint pursuant to 17 U.S.C. § 505 and international law and the laws of Canada.

E. That the Defendant Sui & Sons and its agents, servants, employees and attorneys and those persons in active concert or participation therewith be permanently enjoined and restrained from marketing, importing, offering for sale, selling, advertising or promoting or distributing in the United States any products infringing Unique's United States Patent No. 6,523,798 or United States Patent No. 6,688,939.

F. Further, that the Defendant Sui & Sons be ordered:

(i) to deliver up for destruction all protects infringing United States Patent No. 6,523,798 or United States Patent No. 6,688,939, as well as all means for producing, advertising or promoting such infringing products;

(ii) to make diligent efforts to recall all of the infringing products set forth in paragraph (A) already distributed; and

(iii) to file with this court and serve on Plaintiff Unique ten (10) days after the date of the injunction a report in writing and under oath setting forth in detail the matter or form in which Defendant has complied fully with the injunction;

G. That an accounting and judgment be rendered against the Defendant Sui & Sons for:

24

(i) All profits received by the defendant from the importation, offer for sale, or sale of products infringing either of the patents of the plaintiff or, alternatively, a reasonable royalty as provided by 35 U.S.C. §284;

(ii) all profits received by the customers of the defendant for the induced infringement from the resale of products infringing either of the patents of Unique;

(iii) that the defendant account for and compensate Unique fully for all sales of products of Unique that have been diverted or reduced as a result of the infringement of the defendant;

H.     That Unique have and receive its costs in this action, including an award of its reasonable attorney's fees with interest from the date of the filing of this complaint pursuant to 35 U.S.C. §285;

I.     That Unique receive interest on its damages awards from the date of injury;

J.     That the damages to Unique resulting from the patent infringement by the defendants be trebled pursuant to 35 U.S.C. §284;

K.     Punitive damages for the wonton infringement of defendant; and

L.     Such further relief as the Court deems just and proper.

Dated: New York, New York
      March 9, 2005

Respectfully submitted,

Gerard F. Dunne (GD 3323)
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010-2007
Tel:  212-645-2410
Fax: 212-645-2435

Attorney for Plaintiff Unique Industries, Inc.

Gerard F. Dunne
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue
Suite 1223
New York, NY 10010-2007
(212) 645-2410

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | | |
|---|---|---|
| UNIQUE INDUSTRIES, INC., a corporation of Pennsylvania | : : : | |
| Plaintiff, | : : | Civil Action No.: |
| -against- | : : : | |
| SUI & SONS INT'L TRADING CORP., a corporation of Canada | : : : | |
| Defendant. | : | |

-----------------------------------------------------------x

## EXHIBITS A THROUGH M TO THE COMPLAINT

EXHIBIT  A

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



**VA 939-402**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 12 | 14 | 98 |



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

STEGOSAURUS PINATA #6753

NATURE OF THIS WORK ▼ See Instructions

3 - DIMENSIONAL ARTWORK

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

UNIQUE INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

UNIQUE INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ DECEMBER   Day ▶ 9   Year ▶ 1998
USA                                                ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 14 1998

ONE DEPOSIT RECEIVED
DEC 14 1998

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**     • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed Instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

FORM VA

EXAMINED BY _CR_

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  *If your answer is "Yes," why is another registration being sought?* (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a  Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

UNIQUE INDUSTRIES, INC.            #DA 079561

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
JUDITH WEXLER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ► (215) 336 - 4300

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   UNIQUE INDUSTRIES, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JUDITH WEXLER                                            Date► 12/10/98

Handwritten signature (X) ▼  _Judith Wexler_

**9**

Mail
certificate
to:

Name ▼  RAY DAIKELER
        UNIQUE INDUSTRIES, INC.

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
2400 SOUTH WECCACOE AVENUE

City/State/ZIP ▼
PHILADELPHIA, PA 19148

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

March 1995—300,000  ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



6639
**DINOSAUR ASSORTMENT**
2 EA. BRONTOSAURUS–14" H X 24" W, TRICERATOPS–12" H X 24" W,
STEGOSAURUS–12" H X 22" W

128

BRONTOSAURUS
#6751

TRICERATOPS
#6752

STEGOSAURUS
=6753

EXHIBIT B

# Piñatas



**31009**
5 point Star
&
Guiter

**31010**
Dinosaur
Assortment

**31011**
Baseball &
Football

**31012**
Butterfly &
Worm

EXHIBIT C

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



VA 944-310

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 12 | 14 | 98 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BUTTERFLY PINATA    # 6718

**NATURE OF THIS WORK ▼** See Instructions

3 - DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a    NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made or hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b    NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a    YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.

1998

**b    DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ DECEMBER    Day ▶ 4    Year ▶ 1998
USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
DEC 14 1998
**ONE DEPOSIT RECEIVED**
DEC 14 1998
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM VA

CHECKED BY

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

UNIQUE INDUSTRIES, INC.    #DA 079561

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

JUDITH WEXLER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶   (215) 336 - 4300

Be sure to give your daytime phone number ◀

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    UNIQUE INDUSTRIES, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JUDITH WEXLER    Date▶ 12/10/98

☞ Handwritten signature (X) ▼

*Judith Wexler*

| Mail certificate to: | Name ▼ RAY DAIKELER UNIQUE INDUSTRIES, INC. |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 2400 SOUTH WECCACOE AVENUE |
| | City/State/ZIP ▼ PHILADELPHIA, PA 19148 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000   🔄 PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



**6718**
**BUTTERFLY**
23" H X 20" W

BUTTERFLY
#6718

EXHIBIT D

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE



VA 944-309

*VAU*

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 14 | 98 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

_INCHWORM PINATA #6717_

**NATURE OF THIS WORK ▼** See Instructions

**3 - DIMENSIONAL ARTWORK**

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **USA**
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **USA**
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1998
◀ Year in all cases.
This information must be given

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ DECEMBER   Day ▶ 4   Year ▶ 1998
USA                                              ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See Instructions before completing this space.

**APPLICATION RECEIVED**
DEC 14 1998
**ONE DEPOSIT RECEIVED**
DEC 14 1998
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of __2__ pages

EXAMINED BY _CR_

FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

UNIQUE INDUSTRIES, INC.            #DA 079561

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
JUDITH WEXLER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶ (215) 336 - 4300

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ____UNIQUE INDUSTRIES, INC.____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JUDITH WEXLER                                    Date▶ _12/10/98_

☞ Handwritten signature (X) ▼   _Judith Wexler_

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

Name ▼  RAY DAIKELER
        UNIQUE INDUSTRIES, INC.
Number/Street/Apt ▼
        2400 SOUTH WECCACOE AVENUE
City/State/ZIP ▼
        PHILADELPHIA, PA 19148

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

arch 1995—300,000   ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

FORM VA



**6717**
**INCHWORM**
10" H X 26" L

INCHWORM
# 6717

EXHIBIT E

# CERTIFICATE OF REGISTRATION

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**VA 939-380**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
| 12 | 14 | 98 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼

SUN PINATA  # 6723

NATURE OF THIS WORK ▼ See instructions

3 - DIMENSIONAL ARTWORK

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

UNIQUE INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employee, not the employee. see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

UNIQUE INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1998 ◀ Year In all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ DECEMBER  Day ▶ 4  Year ▶ 1998
USA    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

APPLICATION RECEIVED
DEC 14 1998

ONE DEPOSIT RECEIVED
DEC 14 1998

TWO DEPOSITS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼

UNIQUE INDUSTRIES, INC.          #DA 079561

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

JUDITH WEXLER

UNIQUE INDUSTRIES, INC.

2400 SOUTH WECCACOE AVENUE

PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶ (215) 336 - 4300

**7**

Be sure to
give your
daytime phone
◀ number

CERTIFICATION*  I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___ UNIQUE INDUSTRIES, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JUDITH WEXLER                                Date▶ 12/10/98

Handwritten signature (X) ▼

*Judith Wexler*

Mail
certificate
to:

Name ▼  RAY DAIKELER

UNIQUE INDUSTRIES, INC.

Number/Street/Apt ▼

2400 SOUTH WECCACOE AVENUE

City/State/ZIP ▼

PHILADELPHIA, PA 19148

Certificate
will be
mailed in
window
envelope

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000      ♲ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



**6723**
**SUN**
21" H X 21" W

SUN
#6723

EXHIBIT F

# Piñatas



**31013**
Sun
& Star

**31014**
Totem
& Treasure
chest

**31015**
Happy
B'day Sparke
& Balloon Party

**30005**
Wooden
Stick, Asstd
Colors

EXHIBIT G

CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



**VA 939-381**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| 12 | 14 | 98 |
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

CELESTIAL STAR PINATA #6722

**NATURE OF THIS WORK ▼** See instructions

3 - DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**a**   **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**   **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.

1998

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ DECEMBER   Day ▶ 4   Year ▶ 1998
USA ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

| APPLICATION RECEIVED | DEC. 14, 1998 |
|---|---|
| ONE DEPOSIT RECEIVED | DEC. 14, 1998 |
| TWO DEPOSITS RECEIVED | |
| FUNDS RECEIVED | |

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

UNIQUE INDUSTRIES, INC.          #DA 079561

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

JUDITH WEXLER

UNIQUE INDUSTRIES, INC.

2400 SOUTH WECCACOE AVENUE

PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶ (215) 338 - 4300

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ____ **UNIQUE INDUSTRIES, INC.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JUDITH WEXLER                          Date▶ 12/10/98

☞ Handwritten signature (X) ▼

*Judith Wexler*

| | |
|---|---|
| Mail<br>certificate<br>to:<br><br>Certificate<br>will be<br>mailed in<br>window<br>envelope | Name ▼   RAY DAIKELER<br>UNIQUE INDUSTRIES, INC.<br>Number/Street/Apt ▼<br>2400 SOUTH WECCACOE AVENUE<br>City/State/ZIP ▼<br>PHILADELPHIA, PA 19148 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000    ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



**6722**
**STAR**
21" H X 21" W

CELESTIAL STAR
#6722

EXHIBIT H

FORM VA
For a Work of the Visual Arts

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



VA 1–156–760

EFFECTIVE DATE OF REGISTRATION

FEB 26 2003
Month        Day        Year

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL    United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

TIKI PIÑATA Plus Labels #66107

**NATURE OF THIS WORK ▼** See instructions

2 + 3 - DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**    **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ DECEMBER    Day ▶ 2    Year ▶ 2002
USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
2-10-03
ONE DEPOSIT RECEIVED
2-26-03
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                    **Account Number ▼**

UNIQUE INDUSTRIES, INC.                    #DA 079561

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶  (215) 336 - 4300

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ____    UNIQUE INDUSTRIES, INC.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
GLENN D. WATTENMAKER                                    Date ▶  2/21/03

Handwritten signature (X) ▼

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

Name ▼  GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
Number/Street/Apt ▼
2400 SOUTH WECCACOE AVENUE
City/State/ZIP ▼
PHILADELPHIA, PA 19148

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000    ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



66107
TIKI

TIKI PIÑATA
PLUS LABELS
# 66107

EXHIBIT I

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 941-351**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 12 | 14 | 98 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

TREASURE CHEST PINATA # 6763

**NATURE OF THIS WORK ▼** See instructions

**3 - DIMENSIONAL ARTWORK**

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ **USA**
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**   **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ **USA**
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year In all cases.
1998

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month▶ DECEMBER Day▶ 4 Year▶ 1998
USA   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
DEC 14 1998
ONE DEPOSIT RECEIVED
DEC 14 1998
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ✓R

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

UNIQUE INDUSTRIES, INC.                   #DA 079561

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JUDITH WEXLER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶  **(215) 336 - 4300**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ **UNIQUE INDUSTRIES, INC.**
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JUDITH WEXLER                                             Date▶ 12/10/98

Handwritten signature (X) ▼  _Judith Wexler_

Mail
certificate
:

| Name ▼  RAY DAIKELER |
| UNIQUE INDUSTRIES, INC. |
| Number/Street/Apt ▼ |
| 2400 SOUTH WECCACOE AVENUE |
| City/State/ZIP ▼ |
| PHILADELPHIA, PA 19148 |

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
ı the application, shall be fined not more than $2,500.
ch 1995—300,000   ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



**6763**
**TREASURE CHEST**
10½" H X 12" W

TREASURE CHEST
# 6763

EXHIBIT J



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGIST

VA 1 – 156 – 745

EFFECTIVE DATE OF REGISTRATION

**FEB 26 2003**

| Month | Day | Year |

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

BIRTHDAY TISSUE SHEETS #61002

**NATURE OF THIS WORK ▼** See instructions

2-DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information
2002  ◀Year   must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month▶ DECEMBER   Day▶ 2   Year▶ 2002
ONLY if this work has been published.   USA                              ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
2/18/05
ONE DEPOSIT RECEIVED
2/26/03
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM VA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

UNIQUE INDUSTRIES, INC.                  #DA 079561

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ► (215) 336 - 4300

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ UNIQUE INDUSTRIES, INC. _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GLENN D. WATTENMAKER                                    Date► 2/21/03

Handwritten signature (X) ▼

**Mail
certificate
to:**

Name ▼  GLENN D. WATTENMAKER
        UNIQUE INDUSTRIES, INC.

Number/Street/Apt ▼
        2400 SOUTH WECCACOE AVENUE

City/State/ZIP ▼
        PHILADELPHIA, PA 19148

**Certificate
will be
mailed in
window
envelope**

• **YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000   ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237



61002 – BIRTHDAY

BIRTHDAY TISSUE SHEETS
# 61002

EXHIBIT K

## 20" X 26" 3/pk 2 Sided Metalic Foil Tissue Gift Wraps



| 52371 | 52372 | 52373 | 52375 | 52374 |
|-------|-------|-------|-------|-------|
| Gold | Silver | Red | Blue | Green |



## 20" X 26" 6/pk Printed Tissue Gift Wraps



| 56007 | 56017 | 56021 | 56023 | 56027 |
|-------|-------|-------|-------|-------|
| Party Flowers | SML Gold Star | Painted Heart | Gift Box | 4/pk Solid Gold |

| 56036 | 56037 | 56031 | 56032 | 56030 |
|-------|-------|-------|-------|-------|
| Printed Baby | Pastel Baby | Wedding Bells | Tiny Red Hearts | 4/pk Solid Silver |

| 56038 | 56039 | 57101 | 57103 | 57102 | 57104 |
|-------|-------|-------|-------|-------|-------|
| Flowers | Happy Face | Lavender With Butterfly | X Rated Gift | Grapes Country Look | Pastel Lilies |

| 57105 | 57106 | 80048 |
|-------|-------|-------|
| Happy Birthday w/star | Peach Rose | Happy Easter |

EXHIBIT L

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

REC   **VA 772-740**

*#VA0000772740#*

EFFECTIVE DATE OF REGISTRATION

APR 1 1 1996

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

#: 5308 BABY SHOWER

**NATURE OF THIS WORK ▼** See instructions

2 - DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**  **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**a** 1995 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
**b** Month ▶ JANUARY Day ▶ 1 Year ▶ 1996
USA                                        ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Apr. 1 1. 1996
ONE DEPOSIT RECEIVED
Apr. 1 1. 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

08021228 213028 3038

EXAMINED BY (re)

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

UNIQUE INDUSTRIES, INC.                    #DA 079561

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
JUDITH WEXLER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶  (215) 336 - 4300

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)   UNIQUE INDUSTRIES, INC.
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JUDITH WEXLER                                          Date▶  4/4/96

Handwritten signature (X) ▼
_Judith Wexler_

**8**

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

Name ▼  RAY DAIKELER
UNIQUE INDUSTRIES, INC.

Number/Street/Apt ▼
2400 SOUTH WECCACOE AVENUE

City/State/ZIP ▼
PHILADELPHIA, PA 19148

**9**

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000        ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



© UNIQUE

#5308

EXHIBIT M

## 14" 10/pk Helium Quality 2 Sides Printed Latex Balloon

**41020**
Happy Birthday
Assorted Colors

**41024**
Happy Face

**41023**
Wedding Bell

**41022**
Over The Hill

**41025**
Get Well Soon
Assorted Colors

    

**41026**
Surprise
Assorted Colors

**41027**
Baby Shower
Pink/Baby Blue

**41028**
Happy Valentine's
Day

**41029**
Happy St. Patrick's
Day

**41030**
Canada Day
Celebration

    

## 14" 10/pk Helium Quality Crystal Clear Latex Balloon

**41111**
Clear

**41115**
Purple

**41116**
Red

**41117**
Yellow

**41118**
Green

**41119**
Blue

  

## Twist Balloons

**40000**
Quarter Pound
Balloons

**40005**
4/pk Punch
Balloons

**40001**
Twist Balloon w/
Instructions Sheets
Neon Colors 15/pk

**40002**
Twist Balloon w/
Instructions Sheets
Solid Colors 15/pk

## Water Bombs

**40003**
Neon Colors
50/pk with
Pump Filler

**40004**
Neon Colors
100/pk with
Pump Filler

**40006**
Neon Colors
150/pk

       

Gerard F. Dunne
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue
Suite 1223
New York, NY 10010-2007
(212) 645-2410

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | | |
|---|---|---|
| UNIQUE INDUSTRIES, INC.,<br>    a corporation of Pennsylvania | : | |
| | : | |
| | : | |
|             Plaintiff, | : | Civil Action No.: |
| | : | |
|     -against- | : | |
| | : | |
| | : | |
| SUI & SONS INT'L TRADING CORP.,<br>    a corporation of Canada | : | |
| | : | |
|             Defendant. | : | |

----------------------------------------------------------x


## EXHIBITS N THROUGH U TO THE COMPLAINT

EXHIBIT N

Case 4:05-cv-02744-PJS    Document 1-3    Filed 03/10/2005    Page 2 of 44

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES



VA 781-677

EFFECTIVE DATE OF REGISTRATION

4    4    96

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

# 5405  OVER THE HILL

**NATURE OF THIS WORK ▼** See instructions

2 - DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law,

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**  **NAME OF AUTHOR ▼**

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

death blank.

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JANUARY   Day ▶ 1   Year ▶ 1996
USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 04 1996
**ONE DEPOSIT RECEIVED**
APR 04 1996
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

REGISTRATION NUMBER

COPYRIGHT OFFICE

| | CORRESPONDENCE | | FOR |
|---|---|---|---|
| | Yes | | COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

UNIQUE INDUSTRIES, INC.                   #DA 079561

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

JUDITH WEXLER

UNIQUE INDUSTRIES, INC.

2400 SOUTH WECCACOE AVENUE

PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶  (215) 336 - 4300

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ____ UNIQUE INDUSTRIES, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JUDITH WEXLER                                    Date ▶  4/1/96

Handwritten signature (X) ▼

_Judith Wexler_

| | | |
|---|---|---|
| Mail certificate to: | Name ▼  RAY DAIKELER | **9** |
| | UNIQUE INDUSTRIES, INC. | • Complete all necessary spaces • Sign your application in space 8 |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼  2400 SOUTH WECCACOE AVENUE | 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼  PHILADELPHIA, PA 19148 | Register of Copyrights Library of Congress Washington, D.C. 20559-6000 |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000     ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

FOR COPYRIGHT
CORRESPONDENCE
Yes



© UNIQUE

#5405

EXHIBIT O

UNITED STATES COPYRIGHT OFFICE
For a Work of the Visual Arts

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

REC  **VA 772 – 735**

*#VA0000772735#*

EFFECTIVE DATE OF REGISTRATION

APR 11 1996

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

*# 5360* SURPRISE !

**NATURE OF THIS WORK ▼** See instructions

2 - DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

UNIQUE INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
      Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

ME OF AUTHOR ▼

'INIQUE INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
      Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

TURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given
*1996* ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ MARCH    Day ▶ 1    Year ▶ 1996
USA    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Apr. 11 1996
ONE DEPOSIT RECEIVED
APR. 11 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

UNIQUE INDUSTRIES, INC.                        #DA 079561

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
JUDITH WEXLER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

**7**

Area Code and Telephone Number ▶ (215) 336 - 4300

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___UNIQUE INDUSTRIES, INC.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JUDITH WEXLER

Date ▶ 4/4/96

Handwritten signature (X) ▼
_Judith Wexler_

**9**

| | |
|---|---|
| Certificate | Name ▼ RAY DAIKELER |
| | UNIQUE INDUSTRIES, INC. |
| will be | Number/Street/Apt ▼ |
| mailed in | 2400 SOUTH WECCACOE AVENUE |
| window | City/State/ZIP ▼ |
| envelope | PHILADELPHIA, PA 19148 |

**•YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1995—300,000    ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



#5360

EXHIBIT P

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

P

**VA 766-265**

EFFECTIVE DATE OF REGISTRATION

MAR 18 1996
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

# 5420 - Wedding Bells

NATURE OF THIS WORK ▼ See instructions

2-Dimensional Artwork

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Unique Industries, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law,

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

Unique Industries, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1995
◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ JAN   Day▶ 1   Year▶ 1996
USA    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Unique Industries, Inc.
2400 South Weccacoe Ave.
Phila PA 19148

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 18 1996

ONE DEPOSIT RECEIVED
MAR 18 1996

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY _JHA_

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  Unique Industries, Inc.        Account Number ▼  #DA079561

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Judith Wexler
Unique Industries Inc
4400 South Wecacroe Ave
Phila, PA 19148

Area Code and Telephone Number ▶ (210) 336-4300

**7**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Unique Industries, Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judith Wexler                              Date ▶ 3|13|96

Handwritten signature (X) ▼
_Judith Wexler_

**8**

Mail certificate to:
Name ▼ Ray Diakter
Unique Industries
Number/Street/Apt ▼ 4400 S Wecacroe Ave.
City/State/ZIP ▼ Phila, PA 19148

**9**

• YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500
March 1995—300,000  ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

FOR COPYRIGHT OFFICE USE ONLY



© UNIQUE

# 5420

EXHIBIT Q

# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| VA | VAU |
| --- | --- |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
| --- | --- | --- |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

GET WELL SOON GROWING FLOWERS # 53596

**NATURE OF THIS WORK ▼** See instructions
Balloon Design
2-DIMENSIONAL ARTWORK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**a** NAME OF AUTHOR ▼

UNIQUE INDUSTRIES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1996
This information must be given ◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 12   Year ▶ 1996
USA   ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM V/

FOR
COPYRIGH
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Flower pattern is preexisting.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All of the remaining lettering and design; plus layout and arrangement
of Design.

See Instructio
before compl
this space.

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

UNIQUE INDUSTRIES, INC.                    #DA 079561

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Area Code and Telephone Number ▶ (215) 336 - 4300

Be sure t
give your
daytime p
number

CERTIFICATION*  I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ UNIQUE INDUSTRIES, INC.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
GLENN D. WATTENMAKER                                      Date▶ 2/23/05

👉  Handwritten signature (X) ▼

Mail
certificate
to:

Name ▼ GLENN D. WATTENMAKER
        UNIQUE INDUSTRIES, INC.

Number/Street/Apt ▼
        2400 SOUTH WECCACOE AVENUE

City/State/ZIP ▼
        PHILADELPHIA, PA 19148

Certificate
will be
mailed in
window
envelope

•YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in conr
with the application, shall be fined not more than $2,500.



Get Well Soon Growing Flowers
#53596

EXHIBIT R

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA                    VAU
EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

*WEDDING BELLS PATTERN*

NATURE OF THIS WORK ▼ See Instructions

ENSEMBLE
2-DIMENSIONAL ARTWORK

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

*STUDIO 2*

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to e of these question "Yes," see details instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to e of these question "Yes," see details instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
*2001*  ◀ Year  In all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ *December*   Day ▶ *11*   Year ▶ *2001*
USA                                                      ◀

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

See Instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.              • Sign the form at line 8.

DO NOT WRITE!
Page 1 of ____

EXAMINED BY _____  FORM V/

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGI
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See Instructi
before compl
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

UNIQUE INDUSTRIES, INC.                    #DA 079561

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Be sure
give you
daytime
number

Area Code and Telephone Number ▶ (215) 336 - 4300

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ UNIQUE INDUSTRIES, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.    Date ▶ 2/23/05

GLENN D. WATTENMAKER

☞ Handwritten signature (X) ▼

Mail
certificate
to:

Name ▼ GLENN D. WATTENMAKER
        UNIQUE INDUSTRIES, INC.

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
        2400 SOUTH WECCACOE AVENUE

City/State/ZIP ▼
        PHILADELPHIA, PA 19148

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 4 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in con
with the application, shall be fined not more than $2,500.

March 1995—300,000    ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995–38



Wedding Bells Pattern

EXHIBIT S

# FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

*WEDDING BELLS GIFT WRAP #4307*

NATURE OF THIS WORK ▼ See Instructions

Gift Wrap

2-DIMENSIONAL ARTWORK

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

UNIQUE INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to all of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to all of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This Information must be given
2001   ◀ Year In all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY If this work has been published.
Month ▶ December  Day ▶ 11  Year ▶ 2001
USA    ◀ N

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.        • Sign the form at line 6.

DO NOT WRITE H

Page 1 of ___

EXAMINED BY

FORM V.

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Wedding Bell's Pattern created by Studio 2, a copy of which is attached to this
Application and filed contemporaneously therewith. The Bells are applied to this design.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other material, plus layout and arrangement.

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

UNIQUE INDUSTRIES, INC.          #DA 079561

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148
Area Code and Telephone Number ▶ (215) 336 - 4300

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of UNIQUE INDUSTRIES, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
GLENN D. WATTENMAKER                          Date▶ 2/23/05

Handwritten signature (X) ▼

Mail certificate to:
Name ▼ GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
Number/Street/Apt ▼
2400 SOUTH WECCACOE AVENUE
City/State/ZIP ▼
PHILADELPHIA, PA 19148

•YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
•SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
•MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
March 1995—300,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995—387



WEDDING BELLS GIFT WRAP  #4307

© Unique Industries, Inc.

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA                    VAU
EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

*WEDDING BELLS PATTERN*

NATURE OF THIS WORK ▼ See Instructions

*ENSEMBLE*
**2-DIMENSIONAL ARTWORK**

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

*STUDIO 2*

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION T
THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to
of these question
"Yes," see detail
instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see Instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION T
THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to
of these question
"Yes," see detail
instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
*2001* ◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ *December*  Day ▶ *11*  Year ▶ *2001*
USA ◀

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See Instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE
Page 1 of ___

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
Yes

FORM

FOR
COPYRI
OFFI(
USE
ONL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instr
before co
this spac

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

UNIQUE INDUSTRIES, INC.                    #DA 079561

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.
2400 SOUTH WECCACOE AVENUE
PHILADELPHIA, PA 19148

Be s
give
dayti
◄ num

Area Code and Telephone Number ▶ (215) 336 - 4300

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☒ authorized agent of ___UNIQUE INDUSTRIES, INC.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GLENN D. WATTENMAKER                                    Date ▶ 2/23/05

Handwritten signature (X) ▼

Mail
certificate
to:

Name ▼ GLENN D. WATTENMAKER
UNIQUE INDUSTRIES, INC.

Number/Street/Apt ▼
2400 SOUTH WECCACOE AVENUE

City/State/ZIP ▼
PHILADELPHIA, PA 19148

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed i
with the application, shall be fined not more than $2,500.

March 1995—300,000    ♻ PRINTED ON RECYCLED PAPER                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 199



Wedding Bells Pattern

EXHIBIT T

(12) **United States Patent**
Novak

(10) Patent No.: **US 6,523,798 B1**
(45) Date of Patent: **Feb. 25, 2003**

(54) **DECORATIVE BALLOON HOLDER**

(75) Inventor: **Craig Novak**, Kennett Square, PA (US)

(73) Assignee: **Unique Industries, Inc.**, Philadelphia, PA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/565,709**

(22) Filed: **May 5, 2000**

(51) Int. Cl.$^7$ ......................... A47B 91/00; A47B 29/00; B65D 19/00

(52) U.S. Cl. .............................. 248/346.01; 248/176.1; 446/220

(58) Field of Search ............................. 248/176.1, 504, 248/910, 506, 346.01, 400.1, 346.03, 346.04, 346.5; 446/220, 223, 79, 235, 221, 397, 71, 488; D15/199; D19/10

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,145,921 A | | 2/1939 | De Witt .................... 248/176.1 |
| 2,956,287 A | * | 10/1960 | Stanford ...................... 248/910 |
| 3,700,151 A | * | 10/1972 | Youngstrom ................. 225/26 |
| 3,747,887 A | * | 7/1973 | Binkley ...................... 248/501 |
| 4,296,693 A | * | 10/1981 | Archer ........................ 248/159 |
| 4,777,066 A | * | 10/1988 | White et al. .................... 428/4 |
| 4,795,117 A | * | 1/1989 | Siteman ...................... 248/146 |
| 5,011,447 A | | 4/1991 | Watanabe ................... 446/220 |
| 5,016,848 A | | 5/1991 | Metz .......................... 248/176 |
| 5,024,011 A | | 6/1991 | Collins ...................... 40/124.1 |
| 5,035,391 A | | 7/1991 | Steele et al. ........... 248/346.01 |
| 5,074,510 A | | 12/1991 | Metz .......................... 248/176 |
| 5,411,427 A | | 5/1995 | Nelson et al. ................ 446/71 |
| 5,452,877 A | * | 9/1995 | Riffle et al. ................. 248/910 |
| 5,520,364 A | | 5/1996 | Bloxson et al. ............. 248/500 |
| 5,662,510 A | | 9/1997 | Wolens ....................... 446/397 |
| 5,755,419 A | | 5/1998 | Gearhart et al. ....... 248/346.01 |
| 5,842,670 A | * | 12/1998 | Nigoghosian .............. 248/910 |
| 5,842,925 A | * | 12/1998 | Ellory et al. ................. 472/65 |
| 6,076,758 A | * | 6/2000 | Kieves et al. .............. 446/220 |
| D441,279 S | * | 5/2001 | Remar ......................... D9/305 |
| 6,241,389 B1 | * | 6/2001 | Gilmore et al. ............. 383/71 |

OTHER PUBLICATIONS

(Birthday Balloons—G005) Gifts for all Occassions (http://www.iflora.co.za/gifts.asp), 2000.*

The Red Balloon Company—Balloon Centerpiece Weights–(http://www.redballoon.com/decorating/cp_weights.htm, 1999.*

The F.U.N. Place; Craftboard Archieves, Giftbags and Wrap; posted by Zaida on Mar. 25, 1999 at 10:55:59.*

* cited by examiner

Primary Examiner—Leslie A. Braun
Assistant Examiner—Gwendolyn Baxter
(74) Attorney, Agent, or Firm—Gerard F. Dunne

(57) **ABSTRACT**

A decorative balloon holder has a core having sufficient weight to hold a buoyant balloon in position on a tabletop or the like. The balloon holder has an attachment held directly to the core for securing the string of the balloon, and has a layer of decorative material wrapped around the core.

**12 Claims, 4 Drawing Sheets**





FIG. 1



# FIG. 2



# FIG. 3



# FIG. 4





FIG. 6



FIG. 5

US 6,523,798 B1

1

## DECORATIVE BALLOON HOLDER

### FIELD OF THE INVENTION

The present invention relates to a decorative holder for securing a buoyant balloon in position on a tabletop or the like.

### BACKGROUND OF THE INVENTION

Various devices for holding a buoyant party balloon in a desired position on a tabletop have been proposed, but such products are often not very attractive for use at a festive occasion such as a birthday party, or are relatively expensive to manufacture. The products disclosed in U.S. Pat. Nos. 5,011,447; 5,016,848; 5,024,011; 5,035,391; 5,074,510; 5,662,510 or U.S. Pat. No. 5,755,419, for example, are manufactured by molding synthetic plastics or comparable techniques and the resulting products can not usually be made festive in appearance without additional expense or bother for the consumer.

Balloon holders formed of weighted mass of compacted sand, or cement and sand mixtures, have been proposed that are wrapped in a festive paper, and such balloon holders have met a need for inexpensive but festively decorated party props to secure buoyant balloons. In such products, however, the string to secure the balloon is often tied around the decorative paper or otherwise held to the holder in a manner that does not hold the balloon in a secure and long-lasting manner.

It is, therefore, an object of the present invention to provide a festive balloon holder that can be manufactured inexpensively and yet can hold a balloon securely in place.

### SUMMARY OF THE INVENTION

According to the present invention, a holder to secure a buoyant balloon having a string for securing the balloon has a core with sufficient weight to hold the balloon in place. An attachment for securing the string of the balloon is held directly to the core and a decorative layer of material is held around the core. In this way, the attachment is held to the strongest part of the balloon holder and yet does not interfere with the decorative layer to provide a festive holder.

In preferred form, the attachment is formed of a transparent material and may be simply taped to the core; and the decorative layer is wrapped around the core and held by a simple twist tie.

These and other objects, and advantages and features of the present invention will become apparent from the description given below which is made in conjunction with the following drawing figures:

FIG. 1 is a perspective view of a balloon holder according to the present invention;

FIG. 2 is an exploded view thereof;

FIGS. 3 through 6 illustrate the assembly of a balloon holder of the present invention.

As illustrated in FIG. 1, a party balloon 10 has a string 12 tied to an opening in an attachment 14 of a decorative balloon holder 16 of the present invention. The balloon holder 16 is resting on a tabletop 18 and has sufficient weight to counteract the buoyancy of the balloon 10.

FIG. 2 illustrates the construction of the balloon holder 16, and a core 20 formed of an inexpensive but weighty material such as compressed sand held by an adhesive or a sand, cement and water mixture. A mixture of approximately

2

72% sand, 24% cement and 4% water has been found satisfactory to hold a typical Mylar balloon inflated with helium. The core 20 has the attachment 14 secured thereto in an inexpensive manner, and preferably is held by a strip of adhesive tape 22. In this way, the attachment 14 for securing the string 12 of the balloon 10 is held directly to the substantial core 20.

A layer 24 of paperboard or cardboard is provided beneath the core 20 and serves to prevent abrasion of the core, and a protective layer 26 of thin plastics material is also provided.

An outer decorative layer 28 of festive paper is then wrapped over the assembly as illustrated in FIGS. 5 and 6, and a twist tie 30 is provided to secure the decorative layer in place. By wrapping the outer decorative layer around the core and securing with the twist tie 30, the attachment 14 is held even more securely to the core 20 and, in this way, the use of an inexpensive tape 22 is sufficient to hold the attachment within the holder.

Preferably, the attachment 14 is made from a transparent material and the twist tie is of a color to match the festive outer layer 28. As shown, the upper portions of the outer layer 28 may be slit to provide streamers 32 further enhancing the festive nature of the balloon holder.

These and other objects, advantages and features of the present invention will be understood from the detailed description made above; and it is understood that the present invention is not limited by any other details set forth above, but by the appended claim.

What is claimed is:

1. A holder for securing a buoyant balloon having a string for securing the balloon, including a core having sufficient weight to hold a buoyant balloon in place, an attachment adapted to secure the string of a balloon and held to said core by tape, and a decorative layer of material held around said core to cover said holding means and positioned to help hold said attachment to said core.

2. A holder for a balloon as set forth in claim 1, said decorative layer being wrapped around said core and held in place by a twist tie.

3. A holder for a balloon as set forth in claim 2, said attachment being formed of a transparent material.

4. A holder for a balloon as set forth in claim 3, the weight of said core being provided substantially from a mixture of sand, cement and water.

5. A holder for a balloon as set forth in claim 2, the weight of said core being provided substantially from a mixture of sand, cement and water.

6. A holder for a balloon as set forth in claim 1, said attachment being formed of a transparent material.

7. A holder for a balloon as set forth in claim 1, the weight of said core being provided substantially from a mixture of sand, cement and water.

8. A holder for securing a buoyant balloon having a string for securing the balloon, including a core having sufficient weight to hold a buoyant balloon in place, an attachment adapted to secure the string of a balloon, means holding said attachment to said core, and a decorative layer of material held around said core to cover said holding means and positioned to help hold said attachment to said core, said attachment being formed of a transparent material.

9. A holder for securing a buoyant balloon having a string for securing the balloon, including a core having sufficient weight to hold a buoyant balloon in place and having an attachment adapted to secure the string of said balloon, said attachment being held to said core by tape, and a decorative layer of material held around said core to cover said tape and positioned to help hold said attachment to said core.

3

**10.** A holder for a balloon as set forth in claim **9,** said attachment being formed of a transparent material.

**11.** A holder for securing a buoyant balloon having a string for securing the balloon, including a core having sufficient weight to hold a buoyant balloon in place, an attachment adapted to secure the string of a balloon, means holding said attachment to said core, and a decorative layer of material wrapped around said core to cover said holding means and held in place to help hold said attachment to said core.

**12.** A holder for securing a buoyant balloon having a string for securing the balloon, including a core having

4

sufficient weight to hold a buoyant balloon in place, an attachment adapted to secure the string of a balloon, means holding said attachment to said core, and a decorative layer of material wrapped around said core to cover said holding means and held in place to help hold said attachment to said core, said attachment extending outwardly from said decorative layer to enable a string of a buoyant balloon to be secured thereto.

\* \* \* \* \*

EXHIBIT U



(12) **United States Patent**
Novak

(10) Patent No.: **US 6,688,939 B1**
(45) Date of Patent: **\*Feb. 10, 2004**

(54) **DECORATIVE BALLOON HOLDER**

(75) Inventor: **Craig Novak**, Kennett Square, PA (US)

(73) Assignee: **Unique Industries, Inc.**

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 65 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/292,932**

(22) Filed: **Nov. 13, 2002**

**Related U.S. Application Data**

(62) Division of application No. 09/565,709, filed on May 5, 2000, now Pat. No. 6,523,798.

(51) Int. Cl.[7] ................................................. **A63H 3/06**
(52) U.S. Cl. ................ **446/220**; 248/346.01; 248/176.1
(58) Field of Search ................................. 446/220–226; 248/176.1, 504, 910, 506, 346.01, 400.1, 346.03, 346.04, 346.5; D15/199; D19/10

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,145,921 A | | 2/1939 | Dewitt |
| 2,783,584 A | \* | 3/1957 | Venturella ................... 446/225 |
| 2,956,287 A | | 10/1960 | Stanford |
| 3,700,151 A | | 10/1972 | Youngstrom |
| 3,747,887 A | | 7/1973 | Binkley |
| 4,038,777 A | \* | 8/1977 | Schwartz ................... 446/225 |
| 4,296,693 A | | 10/1981 | Archer |
| 4,777,066 A | | 10/1988 | White et al. |
| 4,795,117 A | | 1/1989 | Siteman |

| | | | |
|---|---|---|---|
| 4,957,299 A | \* | 9/1990 | Richardson ................. 273/409 |
| 5,011,447 A | | 4/1991 | Watanabe |
| 5,016,848 A | | 5/1991 | Metz |
| 5,024,011 A | | 6/1991 | Collins |
| 5,035,391 A | | 7/1991 | Steele et al. |
| 5,074,510 A | | 12/1991 | Metz |
| 5,411,427 A | | 5/1995 | Nelson et al. |
| 5,452,877 A | | 9/1995 | Riffle et al. |
| 5,520,364 A | | 5/1996 | Bloxson et al. |
| 5,662,510 A | | 9/1997 | Wolens |
| 5,755,419 A | | 5/1998 | Gearhart et al. |
| 5,842,670 A | | 12/1998 | Nigoghosian |
| 5,842,925 A | | 12/1998 | Ellroy et al. |
| 6,076,758 A | | 6/2000 | Kieves et al. |
| D441,279 S | | 5/2001 | Remar |
| 6,241,389 B1 | | 6/2001 | Gilmore et al. |

OTHER PUBLICATIONS

(Birthday Balloons–G005) Gifts for all occassions (http://www.iflora.co.za/gifts.asp) 2000.
The Red Balloon Company—Balloon Centerpiece Weights (http://www.red balloon.com/decorating/ cp_weights.htm, 1999.
The F.U.N. Place: Craft board Archieves, Giftbags and Wraps; posted by Zzida on Mar. 25, 1999 at 10:55:59.

\* cited by examiner

*Primary Examiner*—Derris H. Banks
*Assistant Examiner*—Bena B. Miller
(74) *Attorney, Agent, or Firm*—Gerard F. Dunne, Esq.

(57) **ABSTRACT**

A decorative balloon holder has a core having sufficient weight to hold a buoyant balloon in position on a tabletop or the like. The balloon holder has an attachment held directly to the core for securing the string of the balloon, and has a layer of decorative material wrapped around the core.

**20 Claims, 4 Drawing Sheets**



FIG. 1



# FIG. 2



# FIG. 3



# FIG. 4





FIG. 6



FIG. 5

US 6,688,939 B1

**1**

# DECORATIVE BALLOON HOLDER

## PRIOR APPLICATION

This application is a division of application Ser. No. 09/565,709 filed May 5, 2000 and now U.S. Pat. No. 6,523,798 granted on Feb. 25, 2003.

## FIELD OF THE INVENTION

The present invention relates to a decorative holder for securing a buoyant balloon in position on a tabletop or the like.

## BACKGROUND OF THE INVENTION

Various devices for holding a buoyant party balloon in a desired position on a tabletop have been proposed, but such products are often not very attractive for use at a festive occasion such as a birthday party, or are relatively expensive to manufacture. The products disclosed in U.S. Pat. Nos. 5,011,447; 5,016,848; 5024011; 5,035,391; 5,074,510; 5,662,510 or 5,755,419, for example, are manufactured by molding synthetic plastics or comparable techniques and the resulting products can not usually be made festive in appearance without additional expense or bother for the consumer.

Balloon holders formed of weighted mass of compacted sand, or cement and sand mixtures, have been proposed that are wrapped in a festive paper, and such balloon holders have met a need for inexpensive but festively decorated party props to secure buoyant balloons. In such products, however, the string to secure the balloon is often tied around the decorative paper or otherwise held to the holder in a manner that does not hold the balloon in a secure and long-lasting manner.

It is, therefore, an object of the present invention to provide a festive balloon holder that can be manufactured inexpensively and yet can hold a balloon securely in place.

## SUMMARY OF THE INVENTION

According to the present invention, a holder to secure a buoyant balloon having a string for securing the balloon has a core with sufficient weight to hold the balloon in place. An attachment for securing the string of the balloon is held directly to the core and a decorative layer of material is held around the core. In this way, the attachment is held to the strongest part of the balloon holder and yet does not interfere with the decorative layer to provide a festive holder.

In preferred form, the attachment is formed of a transparent material and may be simply taped to the core; and the decorative layer is wrapped around the core and held by a simple twist tie.

These and other objects, and advantages and features of the present invention will become apparent from the description given below which is made in conjunction with the following drawing figures:

FIG. 1 is a perspective view of a balloon holder according to the present invention;

FIG. 2 is an exploded view thereof;

FIGS. 3 through 6 illustrate the assembly of a balloon holder of the present invention.

As illustrated in FIG. 1, a party balloon 10 has a string 12 tied to an opening in an attachment 14 of a decorative balloon holder 16 of the present invention. The balloon holder 16 is resting on a tabletop 18 and has sufficient weight to counteract the buoyancy of the balloon 10.

FIG. 2 illustrates the construction of the balloon holder 16, and a core 20 formed of an inexpensive but weighty

**2**

material such as compressed sand held by an adhesive or a sand, cement and water mixture. A mixture of approximately 72% sand, 24% cement and 4% water has been found satisfactory to hold a typical Mylar balloon inflated with helium. The core 20 has the attachment 14 secured thereto in an inexpensive manner, and preferably is held by a strip of adhesive tape 22. In this way, the attachment 14 for securing the string 12 of the balloon 10 is held directly to the substantial core 20.

A layer 24 of paperboard or cardboard is provided beneath the core 20 and serves to prevent abrasion of the core, and a protective layer 26 of thin plastics material is also provided.

An outer decorative layer 28 of festive paper is then wrapped over the assembly as illustrated in FIGS. 5 and 6, and a twist tie 30 is provided to secure the decorative layer in place. By wrapping the outer decorative layer around the core and securing with the twist tie 30, the attachment 14 is held even more securely to the core 20 and, in this way, the use of an inexpensive tape 22 is sufficient to hold the attachment within the holder.

Preferably, the attachment 14 is made from a transparent material and the twist tie is of a color to match the festive outer layer 28. As shown, the upper portions of the outer layer 28 may be slit to provide streamers 32 further enhancing the festive nature of the balloon holder.

These and other objects, advantages and features of the present invention will be understood from the detailed description made above; and it is understood that the present invention is not limited by any other details set forth above, but by the appended claim.

What is claimed is:

1. A holder for securing a buoyant balloon having a string for securing the balloon, including a core having sufficient weight to hold a buoyant balloon in place, an attachment adapted to secure the string of a balloon and held to said core, and a decorative layer of material held around said core to cover the portion of said attachment held to said core and serving to help hold said attachment to said core.

2. A holder for a balloon as set forth in claim 1, said decorative layer of material being held closely around said core.

3. A holder for a balloon as set forth in claim 2, said decorative layer being wrapped around said core.

4. A holder for a balloon as set forth in claim 3, said decorative layer being held in place by a twist tie.

5. A holder for a balloon as set forth in claim 4, said attachment extending beyond said twist tie.

6. A holder for securing a buoyant balloon having a string for securing the balloon, including a core having sufficient weight to hold a buoyant balloon in place, an attachment adapted to secure the string of a balloon and held to said core, and a decorative layer of material wrapped closely around said core to cover the portion of said attachment held to said core.

7. A holder for a balloon as set forth in claim 6, including a twist tie to hold said decorative layer around said core.

8. A holder for a balloon as set forth in claim 7, said attachment extending beyond said twist tie.

9. A holder for securing a buoyant balloon having a string for securing the balloon, including a core having sufficient weight to hold a buoyant balloon in place, an attachment adapted to secure the string of a balloon and held to said core, and a decorative layer of material wrapped around said core to cover the portion of said attachment held to said core, said attachment extending outwardly from said decorative layer to enable a string of a buoyant balloon to be secured thereto.

US 6,688,939 B1

3

10. A holder for a balloon as set forth in claim 9, said decorative layer of material being wrapped closely around said core.

11. A holder for a balloon as set forth in claim 10, said decorative layer being held in place by a twist tie.

12. A holder for a balloon as set forth in claim 11, said attachment extending beyond said twist tie.

13. A holder for securing a buoyant balloon having a string for securing the balloon, including a core designed and constructed to have sufficient weight to hold at least one buoyant balloon in place, an attachment for securing the string of said balloon, said attachment having a portion held to said core and an upper portion extending upwardly for receiving the string of said balloon, and a decorative layer of material held around said core and concealing the portion of the attachment held to said core.

14. A holder for a balloon as set forth in claim 13, said decorative layer being wrapped around said core from the lower portion thereof, said upper portion of said attachment extending upwardly from said decorative layer.

15. A holder for a balloon as set forth in claim 14, said core tapering towards its upper end and said decorative layer being gathered about said upper end to be held in place.

4

16. A holder for a balloon as set forth in claim 15, said decorative layer being held in place by a twist tie.

17. A holder for a balloon as set forth in claim 16, said attachment extending beyond said twist tie.

18. A holder for securing a buoyant balloon having a string for securing the balloon, including a core designed and constructed to have sufficient weight to hold at least one buoyant balloon in place, an attachment for securing the string of said balloon, said attachment having a portion held to said core and an upper portion extending upwardly for receiving the string of said balloon, and a decorative layer of material held around said core and concealing the portion of the attachment held to said core, said upper portion of said attachment extending upwardly from said decorative layer.

19. A holder for a balloon as set forth in claim 18, said core tapering towards its upper end and said decorative layer being constructed about its upper end to be held in place.

20. A holder for a balloon as set forth in claim 19, said decorative layer being held in place by a twist tie.

* * * * *