Gerard F. Dunne
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue
Suite 1223
New York, NY 10010-2007
(212) 645-2410

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNIQUE INDUSTRIES, INC.,
    a corporation of Pennsylvania

                Plaintiff,

    -against-

SUI & SONS INT'L TRADING CORP.,
    a corporation of Canada

                Defendant.
-----------------------------------------------------------X

Civil Action No.: 05 CV 2744

JUDGE KARAS

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff Unique Industries, Inc. certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publically held:

NONE

Dated: New York, New York		Respectfully submitted,
      March 9, 2005

Gerard F. Dunne (GD 3323)
Attorney for Plaintiff
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010
212-645-2410