```
US
DO...
ELECTRONICALLY FILED
DOC #
DATE FILED  4/20/05
```

HADDAD, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNIQUE INDUSTRIES, INC.,

              Plaintiff

   -against-

SUI & SONS INT'L TRADING CORP.

             Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 05 CV 02744 (KMK)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Plaintiff UNIQUE INDUSTRIES, INC. and Defendant SUI & SONS INT'L TRADING CORP., that the time for Defendant to answer or otherwise move with respect to Plaintiff's complaint herein is hereby extended to May 19, 2005. *No further extensions absent good cause.*

Dated:    New York, NY
            April 15, 2005

JANET DORE, ESQ.
*Attorney for Plaintiff*
By: _____
    Janet Dore, Esq. (JD-2992)
    Gerard A. Haddad, Esq. (GH-2801)
    Morgan & Finnegan LLP
    3 World Financial Center
    New York, NY 10281-2101
    Phone: (212) 415-8700
    Fax:   (212) 415-8701

GERARD F. DUNNE, P.C.
*Attorney for Defendant*
By: _____
    Gerard F. Dunne, Esq. (GD-3323)
    Law Office of Gerard F. Dunne, P.C.
    156 Fifth Avenue
    Suite 1223
    New York, NY 10010-2007
    Phone: (212) 645-2410
    Fax:   (212) 645-2435

SO ORDERED:

_____
U.S.D.J.  4/20/05

912680 v1