UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNIQUE INDUSTRIES, INC.              :
                                     :   RULE 7.1 DISCLOSURE
              Plaintiff,             :       STATEMENT
                                     :
     v.                              :   05 Civ. 02744 (KMK)
                                     :
SIU & SONS INT'L TRADING CORP.       :   Filed Via ECF
                                     :
              Defendant.             :
- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- -- X
```

       Pursuant to Fed. R. Civ. P. 7.1, Defendant Siu & Sons International Trading Corp. states that it has no parent corporation and that there exists no publicly held corporation that owns 10% or more of its stock.

                                               Respectfully submitted,

Dated: May 19, 2005                         s/ Gerard A. Haddad
                                                Janet Dore (JD2992)
                                                Gerard A. Haddad (GH2801)

                                                Morgan & Finnegan, L.L.P.
                                                3 World Financial Center
                                                New York, NY 10281-2101
                                                Telephone: (212) 415-8700
                                                Facsimile: (212) 415-8701

                                                Attorneys for Defendant
                                                Siu & Sons International Trading Corp.