```
USDC SDNY
DOCUMENT
ELECTRONICA
DOC #: _____
DATE FILED: 6/1/05
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNIQUE INDUSTRIES, INC.

          Plaintiff,

   v.                                 05 Civ. 02744 (KMK)

SIU & SONS INT'L TRADING CORP.

          Defendant.

------------------------------------X

## [PROPOSED] ORDER

Defendant Siu & Sons Int'l Trading Corp.'s Unopposed Motion To Extend Time To Answer Or Otherwise Respond To Complaint is hereby granted. Defendant Siu & Sons Int'l Trading Corp.'s answer or other response to the complaint is due on or before June 20, 2005. No further extensions absent ~~good cause~~ unforeseen and extraordinary circumstances.

The Clerk is directed to terminate the underlying motion, listed as document #5.

So Ordered:

May 27, 2005

Hon. Kenneth M. Karas
United States District Judge

-3-

920033 v1