UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/.7/05
```

**Unique Industries, Inc.**
*a Corporation of Penssylvania*

                              **Plaintiff**

-v-

**Sui & Sons Int'l Trading Corp.**
*a corporation of Canada*, et al

                             **Defendants**

Case No.
05-cv-2744 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

        The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

        ORDERED, that counsel who will try the case appear for a status conference on September 15, 2005 at 3:00pm the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

        Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at Fed. R.Civ.P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery. **No less than two weeks before the next scheduled conference, all parties must send the Court one copy of all pleadings.**

        Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

        Counsel for the plaintiff is directed to notify all attorneys in this action by serving upon each of them a copy of this Order.

Dated: June __, 2005
       New York, New York

                                              _____
                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

Chambers of
Kenneth M. Karas

June 2, 2005
In re: 05-cv-2744 (KMK)

**Unique Industries, Inc-v-Sui & Sons**

Dear Counsel,

The above-referenced case has been assigned to my docket. No less than **two weeks** before the next scheduled conference, the parties shall submit to chambers a joint letter, not to exceed five (5) pages providing, in separate paragraphs:

1. A brief statement of the nature of the case and/or the principal defenses thereto;

2. A brief description of the discovery already completed;

3. An identification of any discovery remaining which is necessary for the parties to engage in meaningful settlement negotiations;

4. The estimated length of trial;

5. A description of any and all prior settlement discussions, including the date and participants and whether any offer or demand was made; and

6. Any other information that you believe may assist me in advancing your case to trial or settlement.

Please consult my Individual Practices with respect to communications with chambers and related matters.

Very truly yours,

Kenneth M. Karas
United States District Judge