JUN 2 4 2005

*Law Offices Of*
GERARD F. DUNNE, P.C.

156 FIFTH AVENUE
SUITE 1223
NEW YORK, NEW YORK 10010-2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/05
```

TELEPHONE (212) 645-2410                                    FACSIMILE (212) 645-2435

June 24, 2005

VIA FACSIMILE
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

**MEMO ENDORSED**

Re: Unique Industries, Inc. v. Sui & Sons Int'l Trading Corp.
   Civil Action No. CV 05-2744 (KMK) (GWG)

Dear Judge Karas:

I am counsel for Unique Industries in the above-captioned matter, and defendant Siu and Sons has an interactive website that has been accessed from New York City to sell its accused products, and has at least one customer for its accused products in New York City, as can be noted from the accompanying declaration of F. J. Penny Zahler.

Defendant Siu & Sons Int'l Trading Corp. has been selling accused products into New York City since at least 2004, and statements by the attorneys for Defendant Siu & Sons Int'l Trading Corp. that sales were not made into New York, or that sales began in 2005 are in error.

Defendant Siu & Sons Int'l Trading Corp. has sold its products into this judicial district through an interactive internet site. Even one sale into this judicial district through an interactive internet site confers jurisdiction and venue in this district. *Mattel, Inc. v. Adventure Apparel*, 2001 WL 286728 (S.D.N.Y), copy attached.

Hon. Kenneth M. Karas
June 24, 2005
page 2

Sincerely yours,

Gerard F. Dunne

GFD:jd
Encls

cc: Janet Dore, via facsimile, attorney for Defendant Siu & Sons Int'l Trading Corp.

> The parties are directed to appear at a pre-motion conference on July 20, 2005 at 10am. The Defendant's time to answer or otherwise respond to the Complaint is extended until then.
>
> SO ORDERED
> KENNETH M. KARAS U.S.D.J.
> 6/29/05