UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7\28\05

**Unique Industries, Inc.**
*a Corporation of Pennsylvania*

                      **Plaintiff**

-v-

**Sui & Sons Int'l Trading Corp.**
*a corporation of Canada*, et al

                      **Defendants**

Case No.

05-cv-2744 (KMK)

AMENDED SCHEDULING ORDER
ECF

<u>KENNETH M. KARAS, District Judge:</u>

      At the pre-motion conference held on July 20, 2005, the following dates have been scheduled:

Motions shall be filed not later than September 2, 2005.

Response to motion to be filed not later than September 23;

Reply is to be filed not later than September 30.

Defendants' time to answer the complaint is extended to September 2, 2005.

Plaintiff's motion to amend the complaint to correct spellings is granted.

The parties are reminded that there is strict compliance with page limits.

                                      SO ORDERED.

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
            July 2005