Janet Dore (JD2992)
Gerard A. Haddad (GH2801)
Danielle V. Tully (DT1473)
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
(212) 415-8700
(212) 415-8701 (Fax)
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIQUE INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -against- ) | 05 Civ. 02744 (KMK) |
| ) | |
| SIU & SONS INT'L TRADING CORP. ) | ECF Case – Electronically filed |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION AND MOTION OF DEFENDANT
### SIU & SONS INT'L TRADING CORP. TO DISMISS FOR LACK OF PERSONAL
### JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)

**PLEASE TAKE NOTICE** that on October 5, 2005, or such other time as the Court may set, Defendant Siu & Sons Int'l Trading Corp. will and hereby does move the Court to enter an Order dismissing the Complaint against it for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. The grounds for this Motion are that Siu & Sons' activities do not constitute facts which comport with the jurisdictional requirements of New York Civil Practice Law and Rule §301 or §302 or the Due Process Clause of the United States Constitution. The only sale that Siu & Sons has ever made to a customer in New York was one

941161 v1

orchestrated by Plaintiff's counsel for the sole purpose of gaining jurisdiction over Siu & Sons and, therefore, is not an adequate basis for the Court to exercise jurisdiction over Siu & Sons.

The grounds for this Motion are set forth in an accompanying Memorandum of Law and attached Exhibits.

Respectfully submitted,

Dated: September 2, 2005

_s/ Janet Dore_____
Janet Dore (JD2992)
Gerard A. Haddad (GH2801)
Danielle V. Tully (DT1473)
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
(212) 415-8700
(212) 415-8701 (Fax)

Attorneys for Defendant
Siu & Sons Int'l Trading Corp.

941161 v1