*Law Offices Of*
# GERARD F. DUNNE, P.C.
156 FIFTH AVENUE
SUITE 1223
NEW YORK, NEW YORK 10010-2007

TELEPHONE (212) 645-2410                                  FACSIMILE (212) 645-2435


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08

January 7, 2008

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

      Re: Unique Industries, Inc. v. Sui & Sons Int'l Trading Corp.
          Civil Action No. CV 05-2744 (KMK) (GWG)

Dear Judge Sullivan:

      We represent the Plaintiff Unique Industries in the above captioned matter. We enclose our proposed Case Management Plan and Scheduling Order. Counsel for Defendant does not agree with this Plan since at this time the case is limited to personal jurisdiction. We agree the case is presently limited to personal jurisdiction and a full schedule should not be issued until the jurisdictional matter is resolved. But we are filing a proposed Order to comply with your order

      I am a sole practitioner and am not available January 10th, and request an adjournment. Counsel for the defendant has no objection to the adjournment.

      A deposition of a third party is scheduled in consolidated actions with multiple attorneys, and rescheduling would be impossible. Additionally, the parties are engaged in limited discovery and we have not yet received the documents from the defendant and would like to concentrate on settlement possibility.

      The letter in your Order of December 19th is being prepared by Counsel for defendant.

*Conference rescheduled to January 15, 2008 at 4pm*

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U S D J.

Sincerely yours,
Gerard F. Dunne

cc: Gerard A. Haddad, attorney for Defendant Siu & Sons Int'l Trading Corp. w/encls.