UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

---

UNIQUE INDUSTRIES, INC.,

                Plaintiff,

-v-

SUI & SONS INTERNATIONAL TRADING CORP.,

                Defendant.

No. 05 Civ. 2744 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

In light of the facts set forth in the parties' January 7, 2008 joint submission, the status conference scheduled for January 10, 2008 is hereby adjourned to February 4, 2008 at 2:15 pm.

The parties are to submit an updated joint letter by January 31, 2008 apprising the Court of significant developments that have taken place in this matter between the date of this order and January 31, 2008. The updated status letter shall also advise the Court as to whether the defendant intends to renew its motion for dismissal based on lack of personal jurisdiction.

SO ORDERED.

Dated:     January 8, 2008
             New York, New York

                                               RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE