Gerard A. Haddad
Danielle V. Tully
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
(212) 415-8700
(212) 415-8701 (Fax)
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIQUE INDUSTRIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SIU & SONS INT'L TRADING CORP. <br><br> Defendant. | 05 Civ. 02744 (RJS) <br><br> ECF Case – Electronically Filed |

NOTICE OF APPEARANCE

Please enter the appearance of Danielle V. Tully of the law firm of Morgan & Finnegan, L.L.P. as co-counsel for defendant SIU & SONS INT'L TRADING CORP. in the above-captioned mater.  I certify that I am admitted to practice in this Court.

Respectfully,

Dated:  January 10, 2008

s/ Danielle V. Tully
Danielle V. Tully

Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY  10281-2101
Telephone:  (212) 415-8700
Facsimile:  (212) 415-8701

Attorneys for Defendant
Siu & Sons International Trading Corp..

1117391 v1