UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNIQUE INDUSTRIES, INC. ETC., |
| **Plaintiff** |
| -v- |
| SUI & SONS INT'L TRADING CORP. |
| *A CORPORATION OF CANADA*, ET AL |
| **Defendants** |

Case No.
05-cv-2744 (RJS)

ORDER



RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED, that this action is discontinued with prejudice but without costs; provided, however, that if the settlement is not consummated within 45 days of the date of this Order, any party may apply by letter within the 45 day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
February 4, 2008

*Law Offices Of*
# GERARD F. DUNNE, P.C.
156 FIFTH AVENUE
SUITE 1223
NEW YORK, NEW YORK 10010-2007

TELEPHONE (212) 645-2410                              FACSIMILE (212) 645-2435

February 4, 2008

*VIA FACSIMILE*
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re: Unique Industries, Inc. v. Sui & Sons Int'l Trading Corp.
Civil Action No. CV 05-2744 (RJS)

Dear Judge Sullivan:

We represent the Plaintiff Unique Industries in the above captioned matter and write to confirm that the parties have reached settlement in principle. We request that the case be placed on the suspense calendar for thirty days.

Sincerely yours,

Gerard F. Dunne

cc: Gerard A. Haddad, attorney for Defendant Siu & Sons Int'l Trading Corp.