# Morgan & Finnegan, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101

TEL: 212-415-8700
FAX: 212-415-8701
www.morganfinnegan.com

WRITER'S DIRECT DIAL
212-415-8565
dtully@morganfinnegan.com

March 19, 2008

**Filed Via ECF**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:   Unique Industries, Inc. v. Siu & Sons Int'l Trading Corp.
      Civil Action No. CV 05-2744 (RJS)

Dear Judge Sullivan:

      We represent Defendant Siu & Sons Int'l Trading Corp. in the above captioned matter and write to request that the case be placed on the suspense calendar for two additional weeks. Although the parties have agreed to terms of settlement, an additional two weeks is necessary to finalize the agreement. The parties have conferred, and Plaintiff does not object.

Respectfully submitted,

*Danielle V. Tully*

Danielle V. Tully

CALIFORNIA: 44 MONTGOMERY STREET, SUITE 2550, SAN FRANCISCO, CA 94104-4712   TEL: 415-318-8800   FAX: 415-676-5816
WASHINGTON, D.C.: 1775 EYE STREET, N.W., SUITE 400, WASHINGTON, DC 20006-2401   TEL: 202-857-7887   FAX: 202-857-7929

1130862 v1